UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL BURGESS, JR., | Case No.: 3:26-cv-00398-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER** |
| WASHOE COUNTY SHERIFF'S, et al., | |
| Defendants. | |

On May 28, 2026, pro se Plaintiff Marshall Burgess, Jr., an inmate who is housed at Northern Nevada Correctional Center, submitted an application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff submitted a document that appears to be in part a U.S. Department of Justice Civil Rights Division form for reporting a civil rights violation. (ECF No. 1-1.) "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a). The document Plaintiff submitted sets forth a series of events/allegations and does not bring any specific claims. It does not substantially follow the Court's form. If Plaintiff wishes to proceed with this action, Plaintiff must file a complaint that complies with LSR 2-1 and is personally signed. And Plaintiff should file the complaint on this Court's approved civil-rights form.

It is therefore ordered that Plaintiff has **until July 6, 2026**, to submit a signed complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, with a new complaint and under a new case number, along with either the filing fee or a fully completed application to proceed *in forma pauperis*.

The Clerk of the Court is directed to send Plaintiff Marshall Burgess, Jr. the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

DATED THIS 1st day of June 2026.

_____
UNITED STATES MAGISTRATE JUDGE